**RAINES FELDMAN LITTRELL LLP**
Kathy Bazoian Phelps (State Bar No. 155564)
kphelps@raineslaw.com
1900 Avenue of the Stars, 19th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

*Attorneys for Plaintiff* MELANIE E. DAMIAN,
as Receiver of All In Publishing, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MELANIE E. DAMIAN, as Receiver of All In Publishing, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ZAK MEFTAH,<br><br>    Defendant. | Case No.:   3:22-cv-02573-JCS<br><br>Assigned to: Magistrate Judge Joseph C. Spero<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ZAK MEFTAH** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Settlement and Release Agreement entered into on or about March 8, 2024, Plaintiff, Melanie E. Damian, as Receiver for the Receivership Estate of All In Publishing, LLC (the "Plaintiff" or "Receiver"), jointly with the Defendant Zak Meftah ("Defendant" and together with Plaintiff, the "Parties"), hereby stipulate to a dismissal with prejudice of Plaintiff's claims against Zak Meftah in the above-captioned action with each party to bear its own attorneys' fees and costs.

Dated: August 20, 2024.                    Respectfully submitted,

                                                                            RAINES FELDMAN LITRELL LLP
By: */s/ Kathy Bazoian Phelps*
Kathy Bazoian Phelps
*Counsel for Plaintiff MELANIE E. DAMIAN*
*as Receiver of All In Publishing, LLC*

*DAMIAN VALORI CULMO*
By: */s/ Adriana M. Pavon*
Adriana M. Pavon
*(admitted Pro Hac Vice)*
*Counsel for Plaintiff MELANIE E. DAMIAN*
*as Receiver of All In Publishing, LL*

PROCOPIO CORY HARGREAVES & SAVITCH
By: */s/ Frederick K. Taylor*
Frederick K. Taylor
*Counsel for Defendant ZAK MEFTAH*

Dated: August 21, 2024

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

**Attestation Regarding Signatures Under Local Civil Rule 5-4.3.4**

I, Adriana M. Pavon, attest that all other signatories listed and on whose behalf this filing is submitted concur in the content of this filing and have authorized this filing and the affixing of their electronic signature on this filing.

*/s/ Adriana M. Pavon*
Adriana M. Pavon